# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ZUFFA, LLC, | |
| Plaintiff, | Case No. 2:12-CV-1120-KJD-CWH |
| v. | **ORDER** |
| VINCENT WOODS, *et al.*, | |
| Defendants. | |

Preliminary Injunction (#14) against Defendants was entered by the Court on July 18, 2012. Since that date, no action of record has been taken. Therefore, Plaintiff is ordered to file a status report no later than January 2, 2013.

**IT IS SO ORDERED.**

DATED this 12th day of December 2012.

_____
Kent J. Dawson
United States District Judge