# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ZUFFA, LLC, a Nevada limited liability company, | Case No. 2:12-cv-01120 -APG-CWH |
| Plaintiff, | **MINUTE ORDER IN CHAMBERS** |
| v. | |
| RUDY CARRANZA, *et al.*, | |
| Defendants. | |

Plaintiff has filed a Request for Entry of Default Pursuant to Fed.R.Civ.P. 55(a) [Dkt. #22]. It is unclear whether default should be entered because Plaintiff has not filed proof of service of the Summonses, Complaint and Amended Complaint upon each of the Defendants, as required under Fed.R.Civ.P. 55(a). The Affidavit [Dkt. #10] and Declaration [Dkt. #17] on file do not adequately specify whether, how or when the Summonses, Complaint and Amended Complaint were served, as required under Fed.R.Civ.P. 4, 5, and 55(a). Accordingly, the Request [Dkt. #22] is denied without prejudice. Plaintiff may refile the Request/Motion once the appropriate proof of service has been submitted to the court.

Dated: May 24, 2013

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE