1
2
3
4
5                      **UNITED STATES DISTRICT COURT**

6                          **DISTRICT OF NEVADA**

7                                  * * *

8   ZUFFA, LLC,                          Case No. 2:12-cv-01120-APG-CWH

9                    Plaintiff,          **MINUTE ORDER**

10           v.

11  RUDY CARRANZA, *et al.*,

12                   Defendants.

13

14          Before the Court is Plaintiffs' Motion for Entry of Default Against defendants

15  Carrana, Washington, Kidd, Sobalvarro, Simental, Cruikshank and Huff [Dkt. #25].  Upon

16  reviewing the Motion and pleadings on file,

17          **IT IS HEREBY ORDERED** that the Motion for Entry of Default is GRANTED.

18  Default is hereby entered against Defendants Carrana, Washington, Kidd, Sobalvarro,

19  Simental, Cruikshank and Huff.

20          Dated:  July 23, 2013

21                                       _____

22                                       ANDREW P. GORDON
                                         UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28