JOHN L. KRIEGER (Nevada Bar No. 6023)
jkrieger@lrrlaw.com
NIKKYA G. WILLIAMS (Nevada Bar No. 11484)
nwilliams@lrrlaw.com
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169
(702) 949-8200
(702) 949-8398

Attorneys for Plaintiff
Zuffa, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZUFFA, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RUDY CARRANZA, an individual; CEDRIC WASHINGTON, an individual; MELVIN KIDD, an individual; DENNIS SOBALVARRO, an individual; ALBERT SIMENTAL, an individual; DARRYL CRUIKSHANK, an individual; DADRIAN HUFF, an individual; EDGAR IVAN RAMIREZ GARCIA, an individual; GEORGINA MARISCAL, an individual; DAVID CERVANTES, an individual; MARCOS GUSTAVO BONILLA-HERNANDEZ, an individual; DIGNA CHAVEZ, an individual; MAXIMA VELASCO-LOPEZ, an individual; ISRAEL RAMIREZ-GONZALEZ, an individual;<br><br>Defendants. | Case No. 2:12-cv-01120-APG-CWH<br><br>**DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

Plaintiff Zuffa, LLC having filed an application for entry of default judgment against Defendants Rudy Carranza, Cedric Washington, Melvin Kidd, Dennis Sobalvarro, Albert Simental, Darryl Cruikshank and Dadrian Huff (collectively "Defendants") pursuant to Rule 55 of the Federal Rules of Civil Procedure, the Clerk of the Court having entered Default against Defendants on March 4, 2013, and, this Court having now given due consideration to Plaintiff's application for

-1-

such judgment as well as all papers, pleadings, and exhibits offered in support thereof by Plaintiff, the Court being further fully advised in the matter, it is therefore,

ORDERED, ADJUDGED and DECREED that Judgment be entered in favor of Plaintiff Zuffa, LLC and against Defendants Rudy Carranza, Cedric Washington, Melvin Kidd, Dennis Sobalvarro, Albert Simental, Darryl Cruikshank and Dadrian Huff on all counts of Plaintiff's Complaint; and, it is further ordered and adjudged that said Judgment shall include the following specific findings of fact and awarding of specific relief.

**THE COURT HEREBY FINDS THAT:**

1. Plaintiff is the owner of existing and valid U.S. trademark registrations for UFC® and related trademarks, including Registration No. 2,645,31; Registration No. 2,941,044; Registration No. 2,706,754; and Registration No. 2,576,367 (the "UFC® Marks");

2. Defendants manufactured, distributed and offered for sale counterfeit merchandise bearing the UFC® Marks (the "Infringing Merchandise");

3. The Infringing Merchandise is likely to cause confusion or to cause mistake or to deceive.

4. Defendants are liable for trademark counterfeiting, trademark infringement, unfair competition, intentional interference with prospective economic advantage, and negligent interference with contractual relations; and

5. Plaintiff has suffered and will continue to suffer irreparable harm for which an award of damages would be inadequate, if Defendants are not enjoined from their infringing behavior.

**THEREFORE, IT IS HEREBY ORDERED THAT** Plaintiff Zuffa, LLC be awarded judgment against Defendants on all claims in the First Amended Complaint.

**IT IS FURTHER ORDERED THAT** Plaintiff be awarded statutory damages against Defendants, jointly and severally, in a total amount of $7,000.00, with post-judgment interest on the principal sum at the judgment rate from the date of entry of the Judgment until paid in full.

**IT IS FURTHER ORDERED THAT** Defendants, their agents, servants, employees, attorneys, successors and assigns and all persons, firms and corporations acting in concert with them, and each of them, are hereby enjoined from: (1) using the UFC® Marks in connection with

the manufacturing, distributing, offering for sale and selling of any goods, including, but not limited to, clothing, hats, posters, and other merchandise; and (2) aiding, abetting, inducing, or encouraging another to perform any of the acts enjoined herein.

**AND IT IS FURTHER ORDERED** that the Clerk of the Court shall refund to Plaintiff the $2000.00 deposited by Plaintiff as security for the temporary restraining order and preliminary injunction entered in this case.

ENTERED: this  3rd  day of  October , 2013.

_____
The Honorable Andrew P. Gordon
UNITED STATES DISTRICT JUDGE

-3-